UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
REDERIET OTTO DANIELSEN          :
                                 :
                Plaintiff,       :
                                 :     08 CV 5335
        - against -              :     ECF CASE
                                 :
LOGISTICA HOLDING LTD.           :
                                 :
                Defendant.       :
------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 11, 2008
       New York, NY

The Plaintiff,
REDERIET OTTO DANIELSEN

By:_____
Lauren C. Davies (LD 1980)
Claurisse Campanale-Orozco (CC 3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
corozco@tisdale-law.com